**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Case # GLR-19-0456 |
| **WILLIAM CUNNINGHAM** | * | |
|  | * | |

**MOTION FOR RECONSIDERATION OF THE ORDER OF DETENTION BASED ON CHANGED CIRCUMSTANCES CAUSED BY COVID-19'S PRESENCE AT THE DEFENDANT'S FACILITY**

The Defendant, William Cunningham, by and through his attorneys, James Wyda, Federal Public Defender for the District of Maryland, and David Walsh-Little, Assistant Federal Public Defender, respectfully move this Honorable Court, to reconsider its order of detention in this case and in support thereof states as follows:

1. Mr. William Cunningham is charged in a three-count indictment with Possession with the Intent to Distribute Cocaine in violation of 21 U.S.C. § 841(a)(1), Possession of a Firearm in Furtherance of a Drug Trafficking Crime in violation of 18 U.S.C. §924(c), and being a Felon in Possession of a Firearm and Ammunition in violation of 18 U.S.C. §922(g)(1).

2. On November 18, 2019, Magistrate Judge Deborah L. Boardman detained the defendant for the safety of the community.  ECF No. 10.  Mr. Cunningham has been housed by the District of Columbia Department of Corrections since that date.   A motions hearing is presently scheduled for May 7, 2020.  As the briefing schedule for the parties has been suspended for six weeks pursuant to Chief Judge Bredar's Standing Order 2020-05, the motions hearing will have to be postponed.

    3.      As the Court is aware, the nation is in the midst of responding to an unprecedented national health emergency due to COVID-19, a dangerous illness that is spreading rapidly throughout the world and in the United States. Jails are particularly vulnerable to the spread of this disease because inmates cannot practice the social distancing measures recommended by the Center for Disease Control and other health experts.

    4.      On March 28, 2020, the District of Columbia Department of Corrections announced that two inmates have been confirmed as having COVID-19.[1] The United States Marshalls Service has also informed my office that nine additional prisoners in their custody are being quarantined at the D.C. Jail because of suspected exposure to the deadly virus. It is clear the disease is present in the facility that houses Mr. Cunningham.

    5.      The biggest danger to the community today is the continued spread of the corona virus. Keeping Mr. Cunningham detained in a facility where the highly contagious disease is present facilitates the pandemic. Releasing him, to quarantine himself on home confinement protects the entire community.

    6.      Mr. Cunningham is forty years old and has long standing ties to Maryland. Thirteen years ago, he was convicted of assault in the first degree. Since that time he has a conviction in 2008 for Distributing Controlled Dangerous Substances, a 2013 Possession of Marijuana Conviction, a 2013 Possession of Cocaine Conviction, and a number of traffic infractions. There are no allegations in this case that Mr. Cunningham used or brandished a firearm in any way.

---

[1] See https://www.wusa9.com/amp/article/news/health/coronavirus/dc-corrections-office-coronavirus/65-a94901a7-33dd-41ac-b637-f40274a88a2a.

  7. The defendant's mother, Marsha Cunningham, resides in a four-bedroom house. The only other resident of the home is Ms. Cunningham's niece. The Defendant's proposes that he be released to her custody, live at her home, where he can quarantine himself, and practice social distancing measures that protect the entire community.

 WHEREFORE, for the above reasons and for any other reasons which may appear to the court, the defendant requests that he be released from detention to the custody of his mother with any other conditions that The Court deems necessary.

        Respectfully submitted,

        JAMES WYDA
        Federal Public Defender

         /s/
        DAVID WALSH-LITTLE, #23586
        Assistant Federal Public Defender
        Tower II- 9th Floor
        l00 South Charles Street
        Baltimore, Maryland 21201
        Tel: (410) 962-3962
        Fax: (410) 962-0872
        Email: david_walsh-little@fd.org

### REQUEST FOR HEARING

 Pursuant to Rule 105.6 of the Local Rules of the United States District Court for the District of Maryland, a hearing is requested on the Defendant's motion.

         /s/
        DAVID WALSH-LITTLE, #23586
        Assistant Federal Public Defender

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion was sent via CM/ECF to Julie Podlesni, Esquire, Special Assistant United States Attorney.

/s/
DAVID WALSH-LITTLE, #23586
Assistant Federal Public Defender