# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. GLR-19-0456 |
| WILLIAM CUNNINGHAM | * | |
| Defendant | * | |

\*\*\*\*\*\*\*

## GOVERNMENT'S MOTION FOR PROTECTIVE ORDER
## REGARDING DISCLOSURE OF DISCOVERY MATERIALS

The United States of America, by and through undersigned counsel, respectfully moves the Court pursuant to Federal Rule of Criminal Procedure 16(d)(1) for a Protective Order restricting copying and dissemination of materials related to law enforcement internal affairs records disclosed to defense counsel. A proposed Protective Order is attached. In support of this motion, the Government states as follows:

1. Defendant is charged with possession of a firearm by a prohibited person, in violation of 18 U.S.C. § 922(g). The Government intends to call at least one law enforcement witness during the motions hearing and/or trial. The Government has reviewed records maintained by the internal affairs divisions ("IAD") of the relevant law enforcement agencies. Although the Government does not believe all such information to be *Giglio* material, the Government nevertheless wishes to make some of those records available to defense counsel for inspection out of an abundance of caution. The Government will also make the IAD materials in question available to the Court for *in camera* review.

2. The IAD records contain non-public information about the subject officer, as well as other individuals. In order to balance the Government's desire to make disclosures to defense counsel with the officers' privacy interests, the Government is seeking a protective order.

3. Federal Rule of Criminal Procedure 16(d)(1) states that "the court may, for good cause, deny, restrict, or defer discovery or inspection, or grant other appropriate relief." Fed. R. Crim. P. 16(d)(1). The Government hereby moves pursuant to Rule 16(d)(1) for a Protective Order restricting defense counsel from making copies of the IAD Records when shown them by the Government. The Government further requests that, in the event the Government provides a copy of the IAD Records to defense counsel, that the Protective Order prohibit defense counsel from making additional copies of or further disseminating the IAD records and require defense counsel to maintain the IAD records consistent with the provisions of the Order, particularly Paragraph 6.

4. Neither the Government's submission of this Proposed Order, nor defense counsel's agreement to it, constitutes an admission by either party as to the admissibility of such records. In the event defense counsel seeks to use information contained in the disclosed IAD records in court, the Government may file a motion to preclude such use. The Court can then make a determination as to whether any information contained within the IAD records may be used during cross-examination.

5. Any inconvenience occasioned by the restrictions of the Protective Order is outweighed by the risks presented by the free dissemination of the IAD records. Restricting the copying and dissemination of the IAD records appropriately balances Defendant's interest in access to information related to the background of the Government's law enforcement witnesses with the privacy interests associated with those records.

6. The Government has consulted with defense counsel, who declines to take a position on the Government's motion at this time.

WHEREFORE, the Government respectfully requests that this Court, pursuant to Rule 16(d)(1) of Federal Rules of Criminal Procedure, grant the Government's Motion for a Protective Order as specified above and enter the attached proposed Protective Order.

Respectfully submitted,

Robert K. Hur
United States Attorney

By: _____/s/_____
Julie D. Podlesni
Special Assistant United States Attorney
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201
Phone: (410) 209-4941
Fax: (410) 962-3124

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of October, 2020, a copy of the foregoing Motion for

Protective Order was served via CM/ECF to all counsel of record.

                                                            _____/s/_____
                                                            Julie D. Podlesni
                                                            Special Assistant United States Attorney